# Court of Appeals
# of the State of Georgia

ATLANTA, __November 08, 2024__

*The Court of Appeals hereby passes the following order:*

## A25A0521. PRICE ALLAN, LLC v. ALLAN JOE et al.

Price Allan, LLC filed a dispossessory action in magistrate court against Allan Joe and Deidre Joe. The magistrate court transferred the case to the superior court because a divorce case between the defendants was pending in the superior court. On August 2, 2024, the superior court dismissed the dispossessory action. On August 30, 2024, Price Allan, LLC filed a notice of appeal to this Court. We, however, lack jurisdiction.

Under OCGA § 44-7-56 (b) (1), a notice of appeal from a trial court judgment in a dispossessory proceeding must be filed within seven days of the date the judgment was entered. See *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Jones*, 239 Ga. App. at 523. Price Allan, LLC filed its notice of appeal 28 days after entry of the trial court's dismissal order. Accordingly, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/08/2024__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*